IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-00293-REB-MJW

RUBBY R. ALCIVAR,

    Plaintiff,

v.

DR. JAMES G. ROCHE, Secretary, Department of the Air Force, et al.

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the Pro se Plaintiff's "Courtroom Minutes/Minute Order," filed on May 24, 2005, which is being construed by the court as a motion for leave to proceed *informa pauperis,* without prepayment of fees or security pursuant to 28 U.S.C. § 1915. It is hereby

ORDERED that Pro se Plaintiff's motion for leave to proceed *informa pauperis* is GRANTED. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendants Brian W. Grassi, Scott W. Guthland, Luis Pacheco, Robert E. Crow, and John Ashcroft. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants Brian W. Grassi, Scott W. Guthland, Luis Pacheco, Robert E. Crow, and John Ashcroft. The court notes that Pro se Plaintiff provided updated addresses for the above defendants in her motion filed on

May 24, 2005. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 6-22-05

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE
Michael J. Watanabe

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 200___ , a copy of the foregoing document was served to the following persons by:

  X  United States mail, proper postage affixed:

Rubby R. Alcivar
Pro se Plaintiff
3310 Monica Drive West
Colorado Springs, CO 80916

  X  By hand-delivery:

J.B. Garica
Assistant United States Attorney
**DC Box 28**


Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00293-REB-MJW

Rubby R. Alcivar
3310 Monica Dr. West
Colorado Springs, CO 80916

US Marshall Service
Service Clerk
Service forms for: Brian W. Grassi, Scott W. Guthland, Luis Pacheco, Robert E. Crow, and John Ashcroft.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Brian W. Grassi, Scott W. Guthland, Luis Pacheco, Robert E. Crow, and John Ashcroft.: SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on
\_\_6-22-05\_\_.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk