UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-cv-00293-REB-MJW

RUBBY R. ALCIVAR

    Plaintiff,

v.                                 LAW STUDENT APPEARANCE FORM

DR. JAMES G. ROCHE, Secretary of the Air Force, et al.

    Defendant.

1.     <u>Law Student Certification</u>

    I certify that:

    (a)     I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice Rule of this Court.

    (b)     I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this Court.

    (c)     I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this Court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officer's Procedures.

Date 8/19/05                                   s/ Angela B. Bibens
                                                    Signature of Student

2. <u>Law School Certification</u>

   I certify that this student:

   (a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c) that Laura L. Rovner, who will serve as supervising attorney, in employed in a clinical program approved by this school.

Dated: 8/19/05                          s/ Christine N. Cimini
                                        Signature of Dean or Authorized Designee

                                        Interim Director of Clinical Programs
                                        (Position of Above)


3. <u>Supervising Attorney's Certification</u>

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b) guide and assist this student as necessary or appropriate under the circumstances; and

   (c) appear with this student in all proceedings in this matter.

Dated: 8/19/05                          s/ Laura L. Rovner
                                        Signature of Attorney

3

4. <u>Consent of Client</u>

I consent to be represented by student attorney, Angela Bibens, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated:  8/19/05             s/  Rubby R. Alicivar
                            Signature of Client


5. <u>Judicial Consent</u>

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this Court.

Dated: August 26, 2005.     s/ Robert E. Blackburn
                            Signature of District Judge
                            Exercising Consent Jurisdiction Pursuant
                            to D.C.COLO.LVic 72.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2005, a true and correct copy of the above and foregoing NOTICE OF ENTRY OF APPEARANCE FOR PLAINTIFF RUBBY ALCIVAR was delivered via the electronic case filing procedure for civil cases in the United States District Court District of Colorado to: Mr. J. Benedict García, Esq., AUSA,1225 17th Street, Suite 700, Denver, CO 80202.

       _____s/ Laura L. Rovner_____