**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0293-REB-MJW

RUBBY R. ALCIVAR,

      Plaintiff,

v.

DR. JAMES G. ROCHE, Secretary, Department of the Air Force,
LT. COL. BRIAN GRAZZI,
MAJ. SCOTT GUTHLAND,
MSGT. LUIS PACHECO,
GM - 13 ROBERT E. CROW, and
MR. JOHN AND JANE DOE,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On September 27, 2005, the parties filed a **Stipulation to Dismiss Defendant Guthland Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and Plaintiff's Voluntary Dismissal of Defendants Grassi, Pacheco, Crow, Ashcroft, John Doe and Jane Doe Pursuant to Fed.R.Civ.P. 41(a)(1)(I)** [#68]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claim against defendants Grassi, Pacheco, Crow, Ashcroft, John Doe and Jane Doe should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation to Dismiss Defendant Guthland Pursuant to**

**Fed.R.Civ.P. 41(a)(1)(ii) and Plaintiff's Voluntary Dismissal of Defendants Grassi,**

**Pacheco, Crow, Ashcroft, John Doe and Jane Doe Pursuant to Fed.R.Civ.P.**

**41(a)(1)(I)** [#68], filed on September 27, 2005, is **APPROVED**;

2.  That plaintiff's claims against defendants Grassi, Pacheco, Crow, Ashcroft,

John Doe and Jane Doe **ARE DISMISSED**;

3.  That each party shall pay his own attorney fees and costs;

4.  That defendants Grassi, Pacheco, Crow, Ashcroft, John Doe and Jane Doe

are **DROPPED** as named parties to this action, and the case caption is amended

accordingly.

Dated September 28, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge