**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0293-REB-MJW

RUBBY R. ALCIVAR,

    Plaintiff,

v.

DR. JAMES G. ROCHE, Secretary, Department of the Air Force,
LT. COL. BRIAN GRAZZI,
MAJ. SCOTT GUTHLAND,
MSGT. LUIS PACHECO,
GM - 13 ROBERT E. CROW, and
MR. JOHN AND JANE DOE,

    Defendants.

## MINUTE ORDER

The Stipulation to Amend Complaint [#69], filed on September 27, 2005, is APPROVED and the Third Amended Complaint is accepted for filing.

IT IS FURTHER ORDERED that the Motion to Dismiss [#48], filed on July 12, 2005, on behalf of defendant James G. Roche is WITHDRAWN.

Dated: September 28, 2005

-----------------------------------------------------------------------------------------------------------------------