IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.  05-CV-00293-REB-MJW**

RUBBY R. ALCIVAR,

    Plaintiff,

v.

DR. JAMES G. ROCHE, Secretary, Department of the Air Force, et al.,

    Defendants.

---

**MINUTE ORDER**

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Plaintiff's Motion to Continue the Show Cause Hearing and Rule 16 Conference is GRANTED.  The Scheduling Conference and Show Cause Hearing set on October 3, 2005, at 9:30 a.m., is VACATED and RESET on November 2, 2005, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    It is FURTHER ORDERED that no later than October 25, 2005, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   September 28, 2005